# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.    AURELIO SANCHEZ    [1]    07MJ2814

[]    []

The Honorable:    RUBEN B. BROOKS

Atty    SYLVIA A. BAIZ    for    [1]    -    CJA

Atty    _____    for    []    -

Atty    _____    for    []    -

GVT'S ORAL MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE - GRANTED.
ABSTRACT ISSUED TO USM.

Date:   1/3/08

END OF FORM                                          by    VTL