FILED
JAN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 07MJ2814 |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| AURELIO SANCHEZ, ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the above entitled complaint charging the defendant with importation of a controlled substance, in violation of Title 21, United States Code, Sections 952 and 960, filed December 5, 2007, before Magistrate Judge Ruben B. Brooks, be dismissed, without prejudice, as to defendant AURELIO SANCHEZ.

IT IS FURTHER ORDERED that bond be exonerated, if bond posted or defendant AURELIO SANCHEZ, be released if in custody.

IT IS FURTHER ORDERED that the preliminary hearing date of January 3, 2008, be vacated as to the above-named defendant.

DATED: 1/3/2007

United States Magistrate Judge
RUBEN B. BROOKS