# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER __07 MJ 2814__ |
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. __79922079__ |
| __Aurelio Sanchez__ | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __1/3/08__
the Court entered the following order:

__X__ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

__X__ Case Dismissed. __w/o prejudice__

____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. __as to this case only__

__Ruben B Brooks__
UNITED STATES MAGISTRATE JUDGE

OR

Received _____
DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk

Crim-9   (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY